UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HELEN T. FERGUSON,**

    **Plaintiff,**

**v.**                                                 **Case No: 8:24-cv-01500-MSS-LSG**

**CAREERSOURCE SUNCOAST,
SAMANTHA ZAGAME, KARIMA
HABITY, and ALDONA DZIWOSZ**

    **Defendants.**

_____

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Proceed In Forma Pauperis. (Dkt. 8) On November 5, 2024, United States Magistrate Judge Lindsay S. Griffin issued a Report and Recommendation, recommending: (i) denial of Plaintiff's motion to proceed in forma pauperis, (Dkt. 8); (ii) dismissal with prejudice of Plaintiff's amended complaint, (Dkt. 7); and (iii) entry of judgment of dismissal with prejudice. (Dkt. 23) On November 12, 2024, Plaintiff filed her objections to the Report and Recommendation. (Dkt. 24)

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall

make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 23), is **CONFIRMED** and **ADOPTED** as part of this Order.
2. Plaintiff's Motion to Proceed In Forma Pauperis, (Dkt. 8), is **DENIED**.
3. Plaintiff's Amended Complaint, (Dkt. 7), is **DISMISSED WITH PREJUDICE.**

4. The Clerk is **DIRECTED** to enter a judgment of **DISMISSAL WITH PREJUDICE**. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of January 2025.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person